**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LUIS JOSE DIAZ GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02486-TLP-atc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE AND DENYING**
**INJUNCTIVE RELIEF AS MOOT**

Pro se Petitioner Luis Jose Diaz Gonzalez, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee,[1] petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Respondent has already appeared in this case.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).  The Court therefore **DENIES** Petitioner's Motion for Stay of Removal, Transfer, and Other Custodial Action Pending Habeas Review as **MOOT**.  (ECF No. 5.)  And because the Court places this type of habeas case on an "expedited" track as part of normal course, the Court also **DENIES AS MOOT** Petitioner's Motion to Expedite Consideration of Petition for Writ of Habeas Corpus. (ECF No. 4.)

---

[1] Petitioner's identification number is A-244-039-887.  (ECF No. 1 at PageID 1.)

1

Given the grounds for challenge raised in the § 2241 Petition and Petitioner's requested relief (*see* ECF Nos. 1, 4, 5–8), which the Court construes liberally at this point given Petitioner's pro-se status, the Court **ORDERS** Respondent to show cause in writing within **fourteen (14) days** of service why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

Petitioner may file a reply to Respondent's response within **ten (10) days** of service. And the Court **ORDERS** Petitioner to include in his reply a legal argument explaining why the § 2241 Petition should be granted. The Court will not rule on the Petition until Petitioner complies with this Order.

If necessary, the Court will set a hearing by separate order. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 4th day of May, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE